**Otto James WALDRON v. UNITED STATES of America.**

No. 4089.

United States Court of Appeals Tenth Circuit.

Sept. 8, 1950.

Rawlings, Wallace, Black, Roberts & Black, Salt Lake City, Utah, and Arthur Woolley, Ogden, Utah, for appellant.

Scott M. Matheson, U. S. Atty. and Bryant H. Croft, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Appeal dismissed September 8, 1950, pursuant to stipulation of the parties.

**Glenn O. YOUNG v. PHILLIPS PETROLEUM COMPANY.**

No. 4195.

United States Court of Appeals Tenth Circuit.

Dec. 7, 1950.

Glenn A. Young, Sapulpa, Okl., and Neal E. McNeill, Tulsa, Okl., for appellant.

Don Emery, Rayburn L. Foster, Harry D. Turner and William J. Zeman, all of Bartlesville, Okl., for appellee.

Before PHILLIPS, Chief Judge, and HUXMAN, Circuit Judge.

PER CURIAM.

Appeal dismissed December 7, 1950, on motion of appellant.